```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ROHAN BROWN,

                Petitioner,

    - against -                              R E V I S E D
                                             O R D E R
ROBERT E. ERCOLE, Superintendent,
Green Haven Correctional Facility,           07 Civ. 11609 (NRB)

                Respondent.
------------------------------------x
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
```

Upon ~~reading the petition of Rohan Brown that a writ of habeas corpus be issued to respondent, and the Court in accordance with Rule 4 of the Rules Governing § 2254 (1977), it is hereby~~ application of respondent's counsel for an extension of time to respond to the petition, it is hereby

~~ORDERED, that the Clerk of the Court serve, by certified mail, copies of this Order, the underlying Petition and the Memorandum of Law submitted by petitioner on the District Attorney, Bronx County, and it is further~~

ORDERED, that respondent shall file a response to the petition or before April 15, 2008, and petitioner's reply thereto, if any, is due on or before May 15, 2008, and it is further

ORDERED, that respondent shall file with its answer the State court record including, but not limited to, trial transcript, sentencing minutes, trial court decision, appellate briefs, appellate decisions, and post-trial motions and decisions.

SO ORDERED.

Dated:   New York, New York
         February 5 2008

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE