UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ROHAN BROWN,

                      Petitioner,

       - v. -

ROBERT ERCOLE, SUPERINTENDANT,
GREEN HAVEN CORRECTIONAL FACILITY,

                      Defendant.

------------------------------------X

**ORDER**

07 Civ. 11609 (NRB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/09

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the United States Court of Appeals for the Second Circuit, by Summary Order filed November 16, 2009 and Mandate filed December 10, 2009, reversed our grant of petitioner's habeas petition and remanded with directions to dismiss that petition; it is hereby

    **ORDERED** that the petition is dismissed with prejudice.

Dated:    New York, New York
            December 11, 2009

                                      _____
                                      NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Counsel for Petitioner**

David J. Klem, Esq.
Center for Appellate Litigation, 11th Floor
74 Trinity Place
New York, NY 10006

**Counsel for Respondent**

Jennifer Marinaccio, Esq.
Assistant District Attorney
Bronx County
215 East 161st Street
Bronx, NY 10451